In the Matter of the Petition of AARON RAYMOND to Vacate an Assessment.

(Argued June 14, 1881; decided June 21, 1881.)

*J. A. Beall* for appellant.

*Charles E. Miller* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.